1  SHANTA DRIVER, Michigan Bar No. P65007*
   RONALD CRUZ, State Bar No. 267038
2  United for Equality and Affirmative Action Legal Defense Fund (UEAALDF)
   1985 Linden Street
3  Oakland, CA 94607
   (510) 384-8859   ronald.cruz@ueaa.net
4  Attorneys for Plaintiffs
   *Appearance *pro hac vice*

5

6

7

8           UNITED STATES DISTRICT COURT
      CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
9

10 LILIA ABREGO FIGUEROA,         CASE NOS.:
                                  2:15-CV-01472 BRO (JEMx)
   Plaintiff,                     2:15-CV-00039 BRO (JEMx)
11
   vs.                            **PLAINTIFF FIGUEROA'S**
12                                **SUPPLEMENT TO JOINT EXHIBIT**
   CITY OF LOS ANGELES et al.,    **STIPULATION**
13
   Defendants.                    Hearing:    Pretrial Conference
14 _____              Aug. 29, 2016
                                  Time:       3:00 p.m.
15                                Courtroom:  14 – Spring St. Floor
                                  Judge:      Hon. Beverly Reid
16                                            O'Connell

17
       Plaintiff Lilia Abrego Figueroa ("Plaintiff"), by and through her attorneys,
18
   concurs with the "Joint Exhibit Stipulation" (Case No. 2:15-cv-00039, Dkt. No.
19
   118) that was filed. Nor does Plaintiff have any objections to add to that list.
20

21 PLAINTIFF FIGUEROA'S SUPPLEMENT TO JOINT EXHIBIT STIPULATION
       Case Nos. 2:15-cv-01472-BRO (JEMx) / 2:15-cv-00039-BRO (JEMx)         1

1   Plaintiff further submits the following addition to the "Joint Exhibit

2   Stipulation":

3   #138. Receipts showing Plaintiff Figueroa's financial support of Decedent's

4   children.

By Plaintiff's Attorneys,
UNITED FOR EQUALITY AND
AFFIRMATIVE ACTION LEGAL DEFENSE
FUND (UEAALDF)

BY:   _/s/ Ronald Cruz_____
Ronald Cruz (State Bar No. 267038)
1985 Linden Street
Oakland, CA 94607
(510) 384-8859 (Ronald Cruz)

Dated:        August 18, 2016